**UNITED STATES of America,**
Plaintiff–Appellant,

v.

**Kamyar TAGHIZADEH,**
Defendant–Appellee.

**No. 92–50518.**

United States Court of Appeals,
Ninth Circuit.

Sept. 9, 1994.

### ORDER

WALLACE, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.